# ADAMS v. STATE.
### No. 18306.

Court of Criminal Appeals of Texas.
April 22, 1936.

B. A. Hamilton, of Jasper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.

# JACKSON v. STATE.
### No. 18259.

Court of Criminal Appeals of Texas.
April 22, 1936.

C. S. Farmer, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for felony theft; punishment, ten years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. All matters of procedure being regular, the judgment is affirmed.

# FRAUSTO v. STATE.
### No. 18257.

Court of Criminal Appeals of Texas.
April 22, 1936.

Jack Moyer and Dick Adams, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and regularly presented. The record is before us without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.